No. 1490, Misc. DE LA CRUZ-MARTINEZ v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE FORTAS is of the opinion that certiorari should be granted. *Stella Gramer* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for respondent.

No. 735. BRADY v. TRANS WORLD AIRLINES, INC., ET AL., 393 U. S. 1048;

No. 742, Misc. JOHNSON v. CALIFORNIA, 393 U. S. 991;

No. 1280, Misc. FURTAK v. NEW YORK, 393 U. S. 1122;

No. 1335, Misc. FURTAK v. MANCUSI, WARDEN, 393 U. S. 1123;

No. 1369, Misc. FURTAK v. MANCUSI, WARDEN, 393 U. S. 1123; and

No. 1340, Misc. GUNZBURGER v. WASHINGTON TERMINAL Co. ET AL., *ante,* p. 912. Petitions for rehearing denied.

No. 735, Misc. HOPKINS v. UNITED STATES, 393 U. S. 1032; and

No. 791, Misc. PEABODY v. UNITED STATES, 393 U. S. 1033. Motions for leave to file petitions for rehearing denied.

APRIL 2, 1969.

No. 820. PHELPS v. MISSOURI-KANSAS-TEXAS RAILROAD Co. Sup. Ct. Mo. [Certiorari granted, 393 U. S. 1061.] Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *John H. Haley, Jr., James T. Williamson,* and *Thomas J. Conway* for petitioner. *Howard A. Crawford* for respondent.